# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NL GIKEN INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Civil Action No. 1:24-cv-00013-MN |

## STIPULATED MOTION FOR ORDER OF DISMISSAL

On this day, Plaintiff NL Giken Inc. and Defendant Apple Inc., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by NL Giken Inc. herein are dismissed, with prejudice, and all counterclaims for relief against NL Giken Inc. by Apple Inc. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Dated: October 11, 2024

| | |
|---|---|
| */s/ Adam W. Poff* | */s/ David E. Moore* |
| Adam W. Poff (No. 3990) | David E. Moore (#3983) |
| Robert M. Vrana (No. 5666) | Bindu A. Palapura (#5730) |
| Alexis N. Stombaugh (No. 6702) | Andrew M. Moshos (#6685) |
| YOUNG CONAWAY STARGATT | Malisa C. Dang (#7187) |
| 　& TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| Rodney Square | Hercules Plaza, 6th Floor |
| 1000 North King Street | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | Tel: (302) 984-6000 |
| apoff@ycst.com | dmoore@potteranderson.com |

32235802.1

rvrana@ycst.com
astombaugh@ycst.com

Michael A. Albert (*pro hac vice*)
Gerald B. Hrycyszyn (*pro hac vice*)
Hunter D. Keeton (*pro hac vice*)
Arden E. Bonzo (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000
malbert@wolfgreenfield.com
ghrycyszyn@wolfgreenfield.com
hkeeton@wolfgreenfield.com
abonzo@wolfgreenfield.com

Aya Cieslak-Tochigi (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
212.849.3357
acieslak-tochigi@wolfgreenfield.com

*Attorneys for Plaintiff NL Giken Inc.*

bpalapura@potteranderson.com
amoshos@potteranderson.com
mdang@potteranderson.com

Richard S. J. Hung
Shaelyn K. Dawson
Meredith L. Angueira
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
rhung@mofo.com
shaelyndawson@mofo.com
mangueira@mofo.com

Caleb D. Woods
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
calebwoods@mofo.com

Yuka Teraguchi
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome, Chiyoda-ku
Tokyo, Japan 100-6529
Tel: +81 (3) 3214-6522
yteraguchi@mofo.com

Soo J. Park
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 892-5200
spark@mofo.com

Roman A. Swoopes
Max I. Levy
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 813-5600
rswoopes@mofo.com
mlevy@mofo.com
*Attorneys for Defendant Apple Inc.*

32235802.1

SO ORDERED this _____ day of October 2024

                                                   _____
                                                   United States District Judge

32235802.1